Bridgette Vation
05-15-00522-CV

FILED
DALLAS COUNTY
5/11/2015 4:21:06 PM
FELICIA PITRE
DISTRICT CLERK

NO. DC-12-06598

| JAMES L. DAHLEM, II | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiffs, | § | |
| | § | |
| V. | § | 298TH JUDICIAL DISTRICT |
| | § | |
| BRIAN METZGER, NANCY DAHLEM | § | |
| AND VALLEY VIEW RENTAL, LLC | § | |
| Defendants. | § | OF DALLAS COUNTY, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/12/2015 9:48:27 AM
LISA MATZ
Clerk

## AMENDED NOTICE OF APPEAL

Plaintiff, James L. Dahlem, II, a party to this case, files this Notice of Appeal seeking to alter the trial court's judgment or other appealable order.

The trial court, trial court case number and style of this matter are shown in the above caption.

The judgment or order appealed from was signed on January 23, 2015.

Plaintiff's Motion for New Trial was overruled on April 2, 2015

James L. Dahlem, II desire to appeal the Trial Court's judgment granting Summary Judgment.

This appeal is being taken to the Fifth District Court of Appeals.

This notice is being filed by James L. Dahlem. II.

Respectfully submitted,

By: /s/ Dennis R. Croman
Dennis R. Croman
Texas Bar No. 05102000
Email: cromanlaw@aol.com
420 West Second Street
Irving, Texas 75060
Tel. (972) 251-2333
Fax. (972) 254-4315
Attorney for Plaintiff
James L. Dahlem. II

## CERTIFICATE OF SERVICE

I certify that on May 11, 2015 a true and correct copy of Plaintiff's Notice of Appeal was served to each person listed below by the method indicated.

/s/ Dennis R. Croman
Dennis R. Croman

Craig A. Bernstein
Attorney for Brian Metzger and Valley View Rental, LLC
The Law Office of Craig A. Bernstein
3710 Rawlins Street, Suite 1300
Dallas, Texas  75219
TEL:  214-521-9256
FAX:  214-521-8995
Electronically through the Electronic Filing Manager